UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MOHAMED A. HAFEZ,

                         **Plaintiff,**

  vs.                                            1:10-cv-541
                                                    (MAD/DRH)

CITY OF SCHENECTADY, BRIAN U.
STRATTON, KEITH LAMP, DOMENIC
VISCARIELLO and ELISA WICKHAM,

                         **Defendants.**
_____

**APPEARANCES:**                                  **OF COUNSEL:**

**MOHAMED A. HAFEZ**
1151 Crane Street
Schenectady, New York 12303
Plaintiff *pro se*

**CARTER, CONBOY, CASE, BLACKMORE,**      **MICHAEL J. MURPHY, ESQ.**
**MALONEY & LAIRD, P.C.**
20 Corporate Woods Boulevard
Albany, New York 12211
Attorneys for defendants

**Mae A. D'Agostino, U.S. District Judge:**

### ORDER TO SHOW CAUSE

      The Court has considered the affirmation of plaintiff Mohamed A. Hafez, dated June 27, 2011, and the exhibits annexed thereto; as well as the memorandum of law in support of plaintiff's application. Based on the foregoing,

      **IT IS HEREBY ORDERED** that defendants show cause, if there be any, to this Court by submission on papers as ordered herein, before the Honorable Mae A. D'Agostino, United States District Court Judge at the United States Courthouse, 445 Broadway, Albany, New York, why a

preliminary injunction should not be entered enjoining defendants during the pendency of this action from enforcing Section 210 of the Code of Ordinances, City of Schenectady, against plaintiff, and any further relief that the Court may deem proper; and it is further

**ORDERED** that defendants shall serve and file any opposition to the motion for a preliminary injunction on or before **July 8, 2011**; and it is further

**ORDERED** that plaintiff shall serve and file any reply papers on or before **July 12, 2011**; and it is further

**ORDERED** that no personal appearance is required – the papers will be taken on submission; and it is further

**ORDERED** that plaintiff's request for a temporary restraining order pending a hearing on this motion is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall serve this Order on all parties by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: June 28, 2011
         Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge